**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
EMANUEL DELACRUZ, on behalf of himself
and all other persons similarly situated,

                           Plaintiff,

          -against-                        19 **CIVIL** 10319 (KMW)

                                        **JUDGMENT**

RUBY TUESDAY, INC.,

                        Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 8, 2020, Defendant's motion to dismiss for failure to state a claim is GRANTED.

**Dated:**  New York, New York

      September 9, 2020

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                   **Clerk of Court**
                           **BY:**      *K. Mango*
                                                   _____
                                                   **Deputy Clerk**